# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; SONY MUSIC ENTERTAINMENT US LATIN LLC; ZOMBA RECORDING LLC; ULTRA RECORDS, LLC; PAYDAY RECORDS, INC.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER BROS. RECORDS INC.; WARNER USIC NASHVILLE LLC; RHINO ENTERTAINMENT COMPANY; BIG BEAT RECORDS INC.; BAD BOY RECORDS LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and ROC-A-FELLA RECORDS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SOCIAL STUDY MEDIA LLC; FIT RADIO LLC d/b/a FITRADIO; FIT RADIO PARTNERS LLC; and DOES 1-10,<br><br>    Defendants, | CIVIL ACTION FILE<br><br>NO. _____ |

## PLAINTIFFS CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to N.D. Ga. Local Rule 3.3, Plaintiffs Sony Music Entertainment; Arista Music; Arista Records LLC; LaFace Records LLC; Sony Music Entertainment US Latin LLC; Zomba Recording LLC; Ultra Records, LLC; Payday Records, Inc.; Atlantic Recording Corporation; Elektra Entertainment Group Inc.; Fueled by Ramen LLC; Warner Bros. Records Inc.; Warner Music Nashville LLC; Rhino Entertainment Company; Big Beat Records Inc.; Bad Boy Records LLC; UMG Recordings, Inc.; Capitol Records, LLC; and Roc-A-Fella Records, LLC hereby submit this Certificate of Interested Persons and Corporate Disclosure Statement.

(1)    The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a)    Plaintiffs Sony Music Entertainment, Arista Records LLC, Arista Music, LaFace Records LLC, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC are wholly owned, indirect subsidiaries of Sony Corporation, a publicly traded company organized under the laws of

Japan. No publicly traded company other than Sony Corporation owns ten percent (10%) or more of the stock in Sony Music Entertainment, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC.

(b) Plaintiff Ultra Records, LLC is a joint venture in which Sony Music Entertainment holds a 50% interest, Ultra Records, Inc. holds a 35% interest, and plaintiff Payday Records, Inc. holds a 15% interest. No publicly traded corporation directly or indirectly holds ten percent (10%) or more of the stock in Ultra Records, Inc. or Payday Records, Inc.

(c) Plaintiffs Atlantic Recording Corporation, Elektra Entertainment Group Inc., Fueled By Ramen LLC, Warner Bros. Records Inc., Warner Music Nashville LLC, Rhino Entertainment Company, and Big Beat Records Inc. are indirectly, wholly owned subsidiaries of Warner Music Group Corp., a Delaware corporation. Warner Music Group Corp. is owned and controlled, directly and indirectly, by affiliates of Access Industries, Inc., which is not a publicly traded company. No publicly traded corporation directly or indirectly holds ten percent (10%) or more of the stock in Atlantic Recording Corporation, Elektra Entertainment Group Inc.,

Fueled By Ramen LLC, Warner Bros. Records Inc., Warner Music Nashville LLC, Rhino Entertainment Company, or Big Beat Records Inc.

(d) Plaintiff Bad Boy Records LLC is a joint venture in which BB Investments LLC, an indirectly wholly-owned subsidiary of Warner Music Group Corp., holds a 50% interest. Bad Boy Records, which is not a publicly traded company, holds the remaining 50% interest in Bad Boy Records LLC. No publicly traded corporation directly or indirectly holds ten percent (10%) or more of the stock in Bad Boy Records LLC.

(e) Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Roc-A-Fella Records, LLC are indirect subsidiaries of Vivendi S.A., a publicly held French company. No other publicly traded company owns ten percent (10%) or more of the stock in UMG Recordings, Inc., Capitol Records, LLC, or Roc-A-Fella Records, LLC.

(f) Defendant: Social Study Media LLC.

(g) Defendant: Fit Radio LLC, d/b/a FitRadio.

(h) Defendant: Fit Radio Partners LLC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

4

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a)    Plaintiffs:    See response to (1) above.

    (b)    Defendants: Unknown to Plaintiffs.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)    Plaintiffs:    James A. Lamberth

                            Rollin A. Ransom

                            Rachel R. Goldberg

    (b)    Defendants:  Unknown to Plaintiffs.

Submitted this 18th day of January, 2018.

                                        TROUTMAN SANDERS LLP

                                        /s/ James A. Lamberth
                                        JAMES A. LAMBERTH
                                        james.lamberth@troutmansanders.com
                                        Georgia Bar No. 431851

                                        600 Peachtree Street, N.E.
                                        Suite 5200, Bank of America Plaza
                                        Atlanta, GA 30308-2216
                                        Telephone:  (404) 885-3362
                                        Facsimile:  (404) 962-6611

SIDLEY AUSTIN LLP

ROLLIN A. RANSOM
(*Pro Hac Vice to be filed*)
RACHEL R. GOLDBERG
(*Pro Hac Vice to be filed*)

555 West Fifth Street
Los Angeles, CA  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF COMPLIANCE</u>

The foregoing Complaint complies with Local Rule 5.1 and was prepared using Times New Roman (14 point) type.

This 18th day of January, 2018.

/s/ James A. Lamberth
JAMES A. LAMBERTH

*Attorneys for Plaintiffs*